IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01891-BNB

JOHN DAVID MARTENY,

    Plaintiff,

v.

NURSE WESELY, and
LA PLATA COUNTY JAIL,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 17 2006

GREGORY C. LANGHAM
             CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the letter to the clerk of the Court submitted by Plaintiff John David Marteny and filed with the Court on September 22, 2006. The Court will treat the letter as a motion for clarification of the September 22, 2006, order to cure. The motion for clarification is GRANTED.

    In the September 22 order to cure, Mr. Marteny was directed pursuant to 28 U.S.C. § 1915 to submit a certified copy of his trust fund account statement for the six-month period immediately proceeding the filing of the complaint, "obtained from the appropriate official of each prison at which the prisoner is or was confined." Therefore, the certified copy of the trust fund account statement Mr. Marteny has been directed to submit is not a notarized copy, but rather a copy certified by the appropriate prison official as to the amount in Plaintiff's inmate account. In addition, if Mr. Marteny has been incarcerated less than six months in his current facility and was not incarcerated in a different facility immediately prior to his present incarceration, he must inform the Court as such at the time he submits his certified trust fund account statement. The notarized trust fund account statement that Mr. Marteny submitted and the Court filed on October 16, 2006, is insufficient to satisfy the requirement that he submit a certified copy of his trust fund account statement. Mr. Marteny will be allowed **thirty (30) days from the date of this minute order** in which to submit a properly certified copy of his trust fund account statement.

Dated:  October 17, 2006

Copies of this Minute Order mailed on October 17, 2006, to the following:

John D. Marteny
La Plata County Jail
742 Turner Dr.
Durango, CO 81301

                                                   Secretary/Deputy Clerk